UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN J. ROSS & RUTH ROSS,<br>Plaintiffs,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL<br>COMPANY d/b/a DEUTSCHE<br>BANK and DEUTSCHE BANK<br>NATIONAL COMPANY<br>AS INDENTURE TRUSTEE, FOR<br>NEW CENTURY HOME EQUITY<br>LOAN TRUST 2005-4<br>Defendants | C.A. No.: 12-10586-WGY |

## SEVENTH JOINT REPORT TO MEDIATOR

Plaintiffs, Alan J. Ross and Ruth Ross and Defendants, Deutsche Bank National Trust Company and Deutsche Bank National Trust Company as Indenture Trustee, for New Century Home Equity Loan Trust 2005-4, improperly named as Deutsche Bank National Company and Deutsche Bank National Company as Indenture Trustee, for New Century Home Equity Loan Trust 2005-4 respectfully submit this Seventh Joint Report to the mediator.

The parties state that the case has settled and the settlement agreement has been signed by the parties. The parties request an additional week to obtain the original documents. A stipulation of dismissal will be filed next week.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| Plaintiffs, | Defendants, |
| Alan J. Ross and Ruth Ross | Deutsche Bank National Trust Company and Deutsche Bank National Company as Indenture Trustee, for New Century Home Equity Loan Trust 2005-4 |
| By their attorneys | By their attorneys, |
| */s/ Carl D. Goodman*<br>Carl D. Goodman (#201720)<br>Coreen Sullivan (#669734<br>Goodman Law Office<br>154 Lynnway ó Suite 1C<br>Lynn, MA 01902<br>(781) 584-6566<br>carl@attorneygoodman.com<br>csullivan@attorneygoodman.com | */s/ Dean J. Wagner*<br>Dean J. Wagner, Esq. (#633181)<br>SHECHTMAN HALPERIN SAVAGE, LLP<br>1080 Main Street<br>Pawtucket, RI 02860-4847<br>(401) 272-1400<br>dwagner@shslawfirm.com |

Dated: September 20, 2013


# CERTIFICATE OF SERVICE

    I hereby certify that on this 20th day of September, 2013, that I have caused the within Fifth Joint Report to be filed with the Court via the ECF filing system. As such, this document will be electronically sent to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

                                                             */s/ Dean J. Wagner*