UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTES

| ALAN J. ROSS & RUTH ROSS, |
| Plaintiffs |
| |
| -v- |
| |
| DEUTSCHE BANK NATIONAL COMPANY, |
| d.b.a. DEUTSCHE BANK and |
| DEUTSCHE BANK NATIONAL COMPANY |
| AS INDENTURE TRUSTEE, FOR NEW CENTURY |
| HOME EQUITY LOAN TRUST 2005-4, |
| Defendants |

C.A. 12-10586-WGY

STIPULATION OF DISMISSAL WITH PREJUDICE

The parties stipulate and agree that the within action shall be dismissed with prejudice pursuant to a Settlement Agreement dated September 11 2013. Notwithstanding the dismissal of this action, the parties stipulate that this Court shall retain jurisdiction with respect to any action brought for enforcement of the Settlement Agreement.

Dated: September 27, 2013

Counsel for the plaintiffs,

_____/s/_____
Carl D. Goodman (BBO# 201720)
Coreen Sullivan (BBO# 669734)
Goodman Law Office
154 Lynnway – Suite 1C
Lynn, MA 01902
(781) 584-6566
carl@attorneygoodman.com
csullivan@attorneygoodman.com

Counsel for the defendants,

_____/s/_____
Dean J. Wagner (BBO # 633181)
Shectman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400
dwagner@shslawfirm.com


I certify that on this 29th day of September 2013 that I have caused the within Stipulation to be filed with the Court via the ECF filing system.  As such, this document will be electronically sent to the registered participants as identified on the Notice of Electronic Filing (NEF) who are all of the participants.


_____/s/_____
Carl D. Goodman (BBO# 201720)
Coreen Sullivan (BBO# 669734)
Goodman Law Office
154 Lynnway – Suite 1C
Lynn, MA 01902
(781) 584-6566
carl@attorneygoodman.com
csullivan@attorneygoodman.com